UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Adriana Guzman, et al. | CASE No C 17-cv-2606 |
| Plaintiff(s) | |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| Chipotle Mexican Grill, Inc. | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Private Mediation, provider TBD.

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.*)
- ☒ other requested deadline: within 30 days of the deadline for fact discovery.

Date: 7/18/2017     /s/ Carolyn H. Cottrell
                    Attorney for Plaintiff

Date: 7/18/2017     /s/ Bradley G. Grumbley
                    Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: August 8, 2017     /s/ Haywood S. Gill, Jr.
                         U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*