UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADRIANA GUZMAN, et al., | Case No. 17-cv-02606-HSG |
|---|---|
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| CHIPOTLE MEXICAN GRILL, INC., | |
| Defendant. | |

Having carefully reviewed Plaintiffs' unopposed motion to modify the current case management schedule, Dkt. No. 35, the Court hereby **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Litigation Event | Date |
|---|---|
| Amendment of Pleadings and/or Joinder of New Parties | June 12, 2018 |
| Close of Fact Discovery | October 10, 2018 |
| Exchange Opening Expert Reports | October 17, 2018 |
| Exchange Rebuttal Expert Reports | November 21, 2018 |
| Close of Expert Discovery | December 28, 2018 |
| Class Certification Filing Deadline | January 30, 2019 |
| Class Certification Hearing Deadline | April 4, 2019 at 2:00 p.m. |

The parties are directed to review and comply with the Court's standing orders. This order terminates Docket Number 35.

**IT IS SO ORDERED.**

Dated: 4/12/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge