UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA GUZMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHIPOTLE MEXICAN GRILL, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-02606-HSG (KAW)<br><br>**ORDER REGARDING DISCOVERY LETTER**<br><br>Re: Dkt. No. 45 |

On July 13, 2018, Plaintiffs filed a discovery letter concerning thirteen third-party subpoenas propounded by Defendants. (Dkt. No. 45.) In the letter, Plaintiffs acknowledged that the discovery letter was not filed in compliance with the undersigned's standing order, including the meet and confer requirements, but explained that the letter was filed "to preserve Plaintiffs' rights" because "[p]ursuant to Fed. R. Civ. P. 45, a motion to quash or modify a subpoena must be submitted before the time of compliance with the subpoenas." (*Id.* at 1.) That same day, Defendants' counsel filed a declaration confirming that the meet and confer requirements were not satisfied. (Dkt. No. 46.)

To allow the parties the opportunity to meet and confer and resolve the dispute on their own, the Court TERMINATES Plaintiff's discovery letter. If the parties are unable to resolve the discovery dispute, the parties shall file a joint discovery letter no later than **July 30, 2018**, which shall be deemed timely for purposes of Rule 45.

IT IS SO ORDERED.

Dated: July 18, 2018

                                                 KANDIS A. WESTMORE
                                               United States Magistrate Judge