# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA GUZMAN, JUAN PABLO ALDANA LIRA, JONATHON POOT, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC., CHIPOTLE SERVICES, LLC and DOES 1-25, inclusive,<br><br>      Defendants. | Case No.: 4:17-cv-02606-HSG<br><br>**ORDER ON JOINT STIPULATION TO MODIFY CASE MANAGEMENT DATES**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Date of Removal: May 5, 2017 |

Currently before the Court is the parties' Joint Stipulation to modify the case management dates. Having considered the parties' stipulation, and for good cause shown, the Court APPROVES the Joint Stipulation, and ORDERS as follows:

1. The Parties' fact discovery cut-off currently set for October 10, 2018, is CONTINUED to **December 3, 2018**;

2. The deadline for the Parties' designation of experts currently set for October 17, 2018, is CONTINUED to **December 17, 2018**;

3. The deadline for the Parties' designation of rebuttal experts currently set for November 21, 2018, is CONTINUED to **January 11, 2019**;

4. The Parties' expert discovery cut-off currently set for December 28, 2018, is CONTINUED to **January 20, 2019**;

5. The Parties' dispositive motion filing deadline, including the deadline for filing Plaintiffs' class certification motion, is unchanged and remains set for **January 30, 2019**;

6. The Parties' deadline to file oppositions to dispositive motions, including the deadline for filing any opposition to Plaintiffs' class certification motion, is unchanged and remains set for **Mach 1, 2019**;

7. The Parties' deadline to file replies to dispositive motions, including the deadline for filing any reply pertaining to Plaintiffs' class certification motion, is unchanged and remains set for **March 6, 2019**;

8. The Parties' hearing date regarding dispositive motions, including the deadline for the hearing for Plaintiffs' class certification motion, is unchanged and remains set for **April 4, 2019 at 2:00 p.m.**

IT IS SO ORDERED.

Dated: September 6, 2018

_Haywood S. Gilliam Jr._
Honorable Haywood S. Gilliam, Jr.