UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA GUZMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHIPOTLE MEXICAN GRILL, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-02606-HSG<br><br>**ORDER RE: APPLICATION TO SHORTEN TIME FOR HEARING ON THE MODIFICATION OF THE CURRENT CASE MANAGEMENT SCHEDULE**<br><br>Re: Dkt. No. 69 |

On December 3, 2018, Plaintiffs filed a motion to modify the current case management schedule, *see* Dkt. No. 68, and an accompanying *ex parte* application to shorten time for hearing on that motion, *see* Dkt. No. 69. Under Civil Local Rule 6-3, the Court **GRANTS** Plaintiff's motion to shorten time on the briefing schedule but **DENIES** the request for hearing. In addition, the Court **ORDERS** Defendants to file their opposition to the motion to modify the current case management schedule by the close of business TODAY, DECEMBER 4.[1] Because Plaintiffs have waived their reply, *see* Dkt. No. 69 at 2:19–20, and the Court finds this matter appropriate for disposition without oral argument, the Court will deem the matter submitted upon receipt of Defendants' opposition, unless the Court orders otherwise. This Order terminates Dkt. No. 69.

**IT IS SO ORDERED.**

Dated: 12/4/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Plaintiffs stated that they met and conferred with Defendants, who agreed to this expedited briefing schedule. *See* Dkt. No. 69 at 2:8–11.