# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Adriana Guzman, et al.

    Plaintiff(s),

v.

Chipotle Mexican Grill, Inc., et al.

    Defendant(s).

Case No: 17-cv-02606

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kristina Wright, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Chipotle Mexican Grill, Inc. in the above-entitled action. My local co-counsel in this case is Amish Shah, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1430 Wynkoop Street, Suite 300<br>Denver, Colorado 80202 | 11620 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90025 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 623-1800 | (310) 909-7440 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kwright@messner.com | asah@messner.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 47337.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/06/19

                                                    Kristina Wright
                                                  APPLICANT

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kristina Wright is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/11/2019

                                                *Haywood S. Gilliam Jr.*
                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

**EXHIBIT A**



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Kristina M. Wright__

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __21st__ day of __August__ A. D. __2014__ and that at the date hereof the said __Kristina M. Wright__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __4th__ day of __March__ A. D. __2019__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk