1  Carolyn H. Cottrell (SBN 166977)
   David C. Leimbach (SBN 265409)
2  Ori Edelstein (SBN 268145)
   SCHNEIDER WALLACE
3  COTTRELL KONECKY
   WOTKYNS LLP
4  2000 Powell Street, Suite 1400
   Emeryville, California 94608
5  Tel:  (415) 421-7100
   Fax:  (415) 421-7105
6  ccottrell@schneiderwallace.com
   dleimbach@schneiderwallace.com
7  oedelstein@schneiderwallace.com

8  Karen C. Carrera (SBN 165675)
   Virginia Villegas (SBN 179062)
9  VILLEGAS CARRERA, LLP
   170 Columbus Avenue, Suite 300
10 San Francisco, California 94133
   Telephone: (415) 989-8000
11 Facsimile: (415) 989-8028
   karen@e-licenciados.com
12 virginia@e-licenciados.com

13 Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANA GUZMAN, JUAN PABLO ALDANA LIRA, JONATHON POOT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC., CHIPOTLE SERVICES, LLC (f/k/a CHIPOTLE MEXICAN GRILL SERVICE CO., LLC and CMG SERVICE CO., LLC), and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 4:17-cv-02606-HSG<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW MIRA P. KARAGEORGE AS COUNSEL OF RECORD FOR PLAINTIFFS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Removal Date: May 5, 2017<br>Complaint Filed: February 17, 2017<br>Trial Date: None Set |

Having considered the Motion for Leave to Withdraw Mira P. Karageorge as Counsel of Record for Plaintiffs and for good cause shown, the Court is of the opinion it should be GRANTED.

It is therefore ORDERED that Ms. Karageorge is hereby withdrawn as counsel of record for Plaintiffs and that she no longer receive notifications of docket-related activity or communications in this case.

Dated: March 20, 2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE