1

2

**UNITED STATES DISTRICT COURT**

3

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

4

5

ADRIANA GUZMAN, *et al.*,

6

  Plaintiffs,

7

v.

8

CHIPOTLE MEXICAN GRILL, INC.; *et al.*,

9

Defendants.

10

11

12

13

14

) Case No. 4:17-cv-02606-HSG
)
) **[PROPOSED] ORDER GRANTING**
) **DEFENDANTS' MOTION FOR SUMMARY**
) **JUDGMENT, OR IN THE ALTERNATIVE,**
) **PARTIAL SUMMARY JUDGMENT**
)
)
) Hearing Date:   June 6, 2019
) Hearing Time:   2:00 p.m.
) Judge:          Hon. Haywood S. Gilliam, Jr.
)
) Removal Date: May 5, 2017
) Trial Date:       None
)
)
)

15

16

    This matter came on for hearing before the Court, on June 6, 2019, the Honorable Haywood

17

S. Gilliam, Jr. presiding, on Defendants' Motion for Summary Judgment, or In The Alternative,

18

Partial Summary Judgment.  The evidence presented having been fully considered, the issues having

19

been duly heard and the decision having been duly rendered,

20

21

    IT IS HEREBY ORDERED AND ADJUDGED that:

22

    [ ] Summary Judgment is entered against Plaintiffs Juan Pablo Aldana Lira, Adriana

23

Guzman, and Jonathan Poot, and in favor of all Defendants in this matter, as to the entirety of

24

Plaintiffs' Complaint.

25

    [ ] Partial Summary Judgment is entered against Plaintiffs Juan Pablo Aldana Lira, Adriana

26

Guzman, and Jonathan Poot, and in favor of Chipotle Mexican Grill, Inc. ("CMG, Inc.") in this

27

matter, as to the entirety of Plaintiffs' Complaint.

28

1  [ ] Partial Summary Judgment is entered against Plaintiffs Juan Pablo Aldana Lira, Adriana

2  Guzman, and Jonathan Poot, and in favor of all Defendants in this matter, as to Plaintiff's First Cause

3  of Action for Employment Discrimination: Disparate Treatment on the Basis of Race/National Origin

4  (Cal. Gov. Code §12940(a)).

5  [ ] Partial Summary Judgment is entered against Plaintiffs Juan Pablo Aldana Lira, Adriana

6  Guzman, and Jonathan Poot, and in favor of all Defendants in this matter, as to Plaintiff's Second

7  Cause of Action for Employment Discrimination: Disparate Impact on the Basis of Race/National

8  Origin (Cal. Gov. Code §12940(a)).

9  [ ] Partial Summary Judgment is entered against Plaintiffs Juan Pablo Aldana Lira, Adriana

10  Guzman, and Jonathan Poot, and in favor of all Defendants in this matter, as to Plaintiff's Third

11  Cause of Action for Harassment on the Basis of Race/National Origin (Cal. Gov. Code §12940(j)).

12  [ ] Partial Summary Judgment is entered against Plaintiffs Juan Pablo Aldana Lira, Adriana

13  Guzman, and Jonathan Poot, and in favor of all Defendants in this matter, as to Plaintiff's Fourth

14  Cause of Action for Failure to Prevent Discrimination and Retaliation (Cal. Gov. Code §12940(k)[1]).

15  [ ] Partial Summary Judgment is entered against Plaintiffs Juan Pablo Aldana Lira, Adriana

16  Guzman, and Jonathan Poot, and in favor of all Defendants in this matter, as to Plaintiff's Fifth Cause

17  of Action for Retaliation (Cal. Gov. Code §12940(h)).

18  [ ] Partial Summary Judgment is entered against Plaintiffs Juan Pablo Aldana Lira, Adriana

19  Guzman, and Jonathan Poot and in favor of all Defendants in this matter, as to Plaintiff's claims for

20  punitive damages.  It is ordered that Plaintiff take nothing on her claims for punitive damages and

21  that those claims be dismissed on the merits as to all Defendants in this matter.

22  **IT IS SO ORDERED.**

23  Dated: _____,

24

25

26  _____
   HONORABLE HAYWOOD S. GILLIAM, JR.
27  United States District Judge

28  _____

[1] Plaintiffs' SAC erroneously identifies Cal. Govt. Code §12940 (j) as the relevant subsection. (SAC ¶124)

**[PROPOSED] ORDER**