1
2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

3
4
5   ADRIANA GUZMAN, *et al.*,                    )  Case No. 4:17-cv-02606-HSG
                                                 )
6     Plaintiffs,                                )  **ORDER APPROVING JOINT STIPULATION**
                                                 )  **TO CONTINUE HEARING DATE**
7   v.                                           )
                                                 )
8   CHIPOTLE MEXICAN GRILL, INC.; *et al.*,      )  Hearing Date:  June 6, 2019
                                                 )  Hearing Time:  2:00 p.m.
9   Defendants.                                  )  Judge:         Hon. Haywood S. Gilliam, Jr.
                                                 )
10                                               )  Removal Date: May 5, 2017
                                                 )  Trial Date:    None
11                                               )
                                                 )
12                                               )
                                                 )
13                                               )
14
15          This matter came before the Court on the parties' Joint Stipulation to Continue Hearing Date
16  ("Joint Stipulation"). Having considered the parties' stipulation, and for good cause shown, the
17  Court APPROVES the Joint Stipulation, and ORDERS that the hearing on Plaintiffs' Motion for
18  Class Certification (Doc. 82) and Defendants' Motion for Summary Judgment (Doc. 83) shall be
19  held on June 18, 2019, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland,
20  California.
21
22  **IT IS SO ORDERED.**
23
    Dated:  June 7, 2019
24
25
26                                                    _____
                                                      HONORABLE HAYWOOD S. GILLIAM, JR.
27                                                    United States District Judge
28